

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00061-CV

---

SANDEEP GILL, LLC                                                     APPELLANT

V.

LIBERTY LLOYDS OF TEXAS                                              APPELLEE
INSURANCE COMPANY

------------

FROM THE 348TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 348-275433-14

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Appellant's Unopposed Motion to Dismiss." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: GARDNER, WALKER, and MEIER, JJ.

DELIVERED: May 19, 2016

---

[1]*See* Tex. R. App. P. 47.4.